UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. FOGUTH AND
ALAN W. FOGUTH,

      Plaintiffs,

v.

Case No. 25-cv-10274
Hon. Matthew F. Leitman

DISCOVER BANK, *et al.*

      Defendants
_____/

**ORDER DENYING PLAINTIFF'S MOTION**
**TO CLOSE CASE AS MOOT (ECF No. 38)**

On April 28, 2025, Plaintiff James A. Foguth filed a motion to close this case based on the notice of voluntary dismissal that he filed on March 31, 2025. (*See* Mot., ECF No. 38.) The motion is **DENIED** because this case is already closed. (*See* Order, ECF No. 37.) Foguth's motion is therefore moot.

    **IT IS SO ORDERED**.

Dated: June 5, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 5, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1